413 A.2d 1113

Commonwealth, Appellant, v. Ross.

 Argued March 12, 1979. Thomas C. Clark, District Attorney, for Commonwealth, appellant; Raymond J. Lobos, submitted a brief on behalf of appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Order of the lower court affirmed.